AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Fidelity & Guaranty Life Insurance Company<br>*Plaintiff*<br>v.<br>Willis Walker, Sr., as Personal Representative of the Estate of Ronnie T. Walker,<br>*Defendant* | )<br>)<br>)  Civil Action No.   1:14-3949-JMC<br>)<br>)<br>) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one):*

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ ___), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: declaratory judgment is entered for the Plaintiff, Fidelity & Guaranty Life Insurance Company against the Defendant, Willis Walker, Sr., as Personal Representative of the Estate of Ronnie T. Walker to the extent that the Certificate of Life Insurance issued by Plaintiff is void *ab initio* and of no force and effect and that Plaintiff has no obligation to pay the death benefit under the Certificate nor any other obligation under the Certificate.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Court Judge presiding. The court having granted plaintiff's motion for judgment by default.

Date:   January 26, 2015                                                   *CLERK OF COURT*

                                                                                                        s/Angie Snipes
                                                                              _____
                                                                              *Signature of Clerk or Deputy Clerk*